UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 4:05cr40027-FDS |
| v. | ) | |
| | ) | |
| DARRYL YOUNG, | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal and impound the Indictment in the above-captioned matter and the related papers therein until further Order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _/s/ John M. Hodgens Jr._
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Date: May 18, 2005

5-18-05
allowed
[signature]