```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )    CRIMINAL NO.: 4:05CR40027-FDS
        v.                   )    VIOLATION:
                             )    18 U.S.C. §111(a)(1)
DARRYL YOUNG,                )    and (b)
            Defendant.       )    Assault on a Federal
                             )    Employee
```

## INDICTMENT

**COUNT ONE**: 18 U.S.C. §111(a)(1) and (b) - Assault on a Federal Employee

The Grand Jury charges that:

On or about January 17, 2005, at Harvard, Massachusetts, in the District of Massachusetts,

**DARRYL YOUNG**,

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with correctional officer Todd Army, an employee of the Federal Bureau of Prisons, while Todd Army was engaged in and on account of the performance by him of his official duties, and in so doing did inflict bodily injury upon Todd Army.

All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

18 May 2005

_____
John M. Hodgens, Jr.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:         May 18, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

11:48 A

2

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Harvard    Category No. II    Investigating Agency  FBI

City   Harvard          Related Case Information:

County   Worcester       Superseding Ind./ Inf. _____   Case No. _____
                         Same Defendant _____   New Defendant _____
                         Magistrate Judge Case Number _____
                         Search Warrant Case Number _____
                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Darryl M. Young          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   FMC Springfield, MO

Birth date (Year only): 75   SSN (last 4 #): 1275   Sex M   Race: B   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   JOHN M. HODGENS, JR.          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in   FMC, Springfield, MO   .
☐ Already in State Custody _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 18, 2005    Signature of AUSA: /s/ John M. Hodgens, Jr.

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Darryl M. Young

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 111 | Assault on Federal Officer | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: