UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 05-40027-FDS |
| DARRYL YOUNG, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to unseal the Indictment in the above-captioned matter.

As grounds, the Government submits that Defendant is presently in custody at MCFP Springfield, Missouri. He was scheduled to be released from custody on or about May 22, 2005 and is thereafter expected to be brought to the Western District of Missouri (Springfield, MO) for an initial appearance and a detention, removal, and identity hearing.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Date: May 18, 2005