Clerk of the Court of MASSACHUSETTS
DARRYL YOUNG 13259-007
P.O. Box 4000
Springfeild MO 65807

My name is DARRYL YOUNG And I'm writing you to ask you about this WARRANT for ARREST on CASE number 4:05CR40027-FDS, I was to go to the magistrate Judge forthwith, the WARRANT was put on me on 5-18-05 And I still have not Been in Frout of A Judge. the WARRANT WAS for U.S.C. Section(s) 111 (A) And (B) ASSAlT ON A federal Employee. I made Parole on my D.C. Code Chacgs on the 4-27-05 But after Leting FEDEAL BUREAU of investigation know that I made parole they put the DETAINER And the ARREST WARRNT But Not that they put them on me I don't here Anything About what they going to do, I go home well was I get RELEASE ON 7-30-05 that why Im writing you to tell me when they are coming to get me or when will go in to Court to here the Indictment that don't have a Criminal No, it don't have A Date on it, they didn't sing were the Grand Jury was to sing or were the U.S. Attorney was to sing it got A Name But not sing the name John M. Hodgens, And it's A one count indictment And I trying to get in Court soon ask I can, I been wiating from 1-18-05 And I'm not in Court don't Anybody no what is going on in this Caes 4:05CR40027-FDS No one At my Institution No what's going on with this Caes, my LEGA office told me to write

you or the court of Massachusetts cause they don't know what's goin on with my caes, so I'm going to put my motion for Dismiss with Prejudice for violation of my Rigths under the Interstate on Agereement on Detainers and for violation of my Sixth Amendment Right to a Speedy Trial.

Darryl Young
13259-007