In the United States District Court of the District of Massachsetts

B1

United States America) 6-7-05
Plaintiff
V.                    ) Criminal no. 4:05CR40027-
Defendant.) F.D.S.
Darryl M Young

## Motion to Dismiss

Defendant motion to Dimiss with Prejudice for Violation of His Rights under the Interstate Agreement on Detainers and for Violation of His Sixth Amendment Right to a Speedy Trial

Defendant, Darry Young through undersigned Counsel, Respectfully moves to dismiss with Prejudice the pending indictment for Violation of his Rights under the Interstate Agreement on Detainer, 18 U.S.C. App. 2. Mr Young also moves to dismiss the indictment with Prejudice for Violation of his Sixth Amendment Rigth to a Speedy Trial the grounds for this motion are set forth below.

## Argument

The Defendant was giving a arrest warrant on the 5-18-05 But not in to they new that the Defedant was giving parole on his D.C. code Charg, But the F.B.I had the inccdent at the (Federal Bureau of Investigation, from Jan 18, 2005, But the sent a Detainer After they new I was to get Release on Parole on 5-30-05 But the U.S.P.C. move it to 7-30-05

Pg 2

6-7-05

Now I have a detainer on me and on the arrest warrant, side that I was to go to the ▮ Magistrate Judge forthwith, But I'm still waiting and they gave my the warrant on 5-18-05,

And the Defendant was give a Indictment with no names on it and no Criminal No. And they was charging me with 18 U.S.C. 111 (A) and (B) Assault on a Federal Employee, But the Court can't charg with (B) cause (B) is uses of a deadly or dangerous weapon, and (including a weapon intended to cause death or danger But fails to do so by reason of a Defective component)

the Defendent did not have a weapon so why is he Being charg with U.S.C 111 (B) when there was not a weapon in violation in this caes So I think that 111 (B) sound be Dimiss for there was not a weapon, A you can see that in the incdent Report that was wort at the Institution Devens F.M.C. were it happin.

thank you for your time.

Darryl Young
13259-007