In the
United States District Court
for the District of Massachusetts

Date: 6-17-05

United States America )
Plaintiff )
v. )
Darryl Young )
Defendant )

Criminal No. 4:05CR40027-FDS,

## Defendant's Motion to Dismiss with Prejudice for Violation of His Rights Under the Interstate Agreement on Detainers and for Violation of His Sixth Amendment Right to a Speedy Trial

Defendant Darryl Young, through undersigned counsel, respectfully moves to dismiss with prejudice the pending indictment for violation of his rights under the Interstate Agreement on Detainer 18 U.S.C. App. 2. Mr Young also moves to dismiss the Indictment with Prejudice for violation of his Sixth amendment right to a Speedy Trial. The grounds for this motion are set forth below.

### Procedural Background
### Argument

A. The Indictment must be Dismissed for violation of the Interstate Agreement on Detainers.

The Interstate Agreement on Detainers 18 U.S.C App. 2, §2, Art III, provides,

the incident happen on Jan 17. 05 And ms young met with the F.B.I about tow days later

And told my side of the incident, the F.B.I sade ok and left, and that was in JAN. I was move out for my safte, that's what the L.t. told ms. young and that all the officer wanted to hrut me so I was move to springfeild mo. F.M.C. cause ms. young don't do well in a on lien institution cause of his metal illness and Mr. young was at Devens to see the parole bord so why wood he do that when mr. young have been in jail sens 97 I was there to see the bord to go home, but now I'm at springfeild mo. f.M.C. and now it's April and I'm about to see the parole bord Deves new it and the F.B.I new it But I have not herd from the F.B.I in 4 mouths now about the incclent, so I go see the parole bord on the 27th April and they gave me parole and I new about the incclent that's cause I don't have bad in my filed, then on May 19th Ather my case manager call Deves and told the that I will be going home in July 30, 05 and that's will they put a detainer on me.

### ARGUMENT

for ONE they give me a warrant for arrest that sade I was to go to the nerest magistrate Judge forthwith, but I still have not seen no one and the warrnt don't have no dates on names just the Deputy Clerk. TWO the indictment don't have no case number on it. And they charging me with U.S.C. Section(s) 111(A)(1) and (B) But they can't charg mr young with (B)

pg 3

Cause (B) is Whoever, in the commission of any acts described in subsection (A) uses a deadly or dangerous weapon (including a weapon intended to cause death or danger,

Ms young did not have a weapon in the incdent so why is he being charg with a weapon and ms young did not have one, and that was in the incedent they gave me for my copye of the incdent.

Darryl young 13259-007
P.o. Box 4000
Springfeild m.o. 65801-4000
f, m, c, f, p,

Certificate of Service

I Hereby Certify that on June, 2005 A copye of the foregoing motion was served by mail.

13259-007
Darryl young
Darryl young