United States District Court
of
Massachusett

Darryl Young
            Plaintiff
Vs.                              Case No: 3189-CV-S-FJGP

Officer Gallager
            Defendants.

Clerk of the Court.

I wood like to Log these Exhibits about my injurys from the attacke on me by Officer Gallager and the four unknown Officers as Defendants.

And I wood like to ask the Court to appoint me Counsel.

And the Exhibits are.

① A Radiographic Report on my Back
② Trauma to Eye Report
③ Ather Davu from P.T.
④ Ather Davu from the P.A.

thank you for your time.

Darryl young

# 13259-002

)UNG, DARRYL
-259-007
USMCFP SPG MO
08/26/1975

**InterQual**
**SmartSheets™**
**2004 - Specialty Referral Criteria**
Trauma to Eye

Authorization#
2__

DY
DOI

| PATIENT: | Name | D.O.B. 8.26.75 | ID# | | GROUP# |
| --- | --- | --- | --- | --- | --- |
| CPT/ICD: | Code | Facility | Service Date | | |
| PROVIDER: | Name | | ID# | | Phone# |
| | Signature M.H. _____ | | Date 2.1.05 | | |

**Purpose of Specialty Care (choose one)**
☐ Diagnosis   ☒ Limited Management   ☐ Co-Management   ☐ Periodic Assessment
**SPECIALIST**

ICD-9-CM: 360.5, 360.50, 360.51, 360.52, 360.53, 360.54, 360.55, 360.59, 360.6, 360.60, 360.61, 360.62, 360.63, 360.64, 360.65, 360.69, 376.47, 376.6, 802.6, 802.7, 802.8, 870.3, 870.4, 871.0, 871.1, 871.2, 871.3, 871.4, 871.5, 871.6, 871.7, 871.9, 918, 918.0, 918.9, 921.0, 921.9, 930, 930.0, 940, 940.0, 940.2, 940.3, 940.9, 941.02

**INDICATIONS (choose one and see below)**
☒ 100 Trauma to globe/orbit — scleral Hemorrhage one sq. cm. area (L)
☐ 200 Splash injury to eye ♦
☐ Indication Not Listed (Provide clinical justification below)

**100 Trauma to globe/orbit(BOTH)**
☐ 110 Injury w/in 6 mos
☐ 120 Injury(ONE)
   ☐ 121 Intraocular foreign body ♦
   ☐ 122 Penetrating wound to globe ♦
   ☐ 123 Blunt trauma to globe(ONE)
      ☐ -1 Eye pain
      ☐ -2 Decreased VA by PE
      ☐ -3 Eye redness
      ☐ -4 Impaired extraocular movement
   ☐ 124 Orbital fracture by PE/imaging ♦

**200 Splash injury to eye ♦**

Inj happened about 1½ mo ago per pt when officers restrained him in another BOP facility. c/o pain/throbbing. No visual problems noted.

**APPROVED**
R Hazelwood, MD

*InterQual® criteria are intended solely for use as screening guidelines with respect to the medical appropriateness of healthcare services and not for final clinical or payment determinations concerning the type or level of medical care provided, or proposed to be provided, to a patient.

Proprietary material protected by intellectual property laws. Use permitted only by and subject to license with McKesson Corporation and/or one of its subsidiaries. Copyright ©2004 McKesson Corporation and/or one of its subsidiaries, CPT only ©2003 American Medical Association. All rights reserved.

**McKESSON**

page 1 of 1

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

**RADIOGRAPHIC REPORT**

**NAME:** YOUNG, DARRYL (8/26/1975)
**REG NO** 13259-007
**WARD:** D01

**REQUESTED BY:** L. Hogan / Dr. Choudhury
**DATE OF REQUEST:** 3/7/2005
**DATE OF PROCEDURE:** 3/8/2005

**CLINICAL INFORMATION:** Pain.

**LUMBAR SPINE, TWO VIEWS**
COMPARISON: None.

FINDINGS: Two views of the lumbar spine demonstrate five non-rib-bearing lumbar-type vertebral bodies with minimal levoscoliosis apex at L2. A large amount of retained fecal material within the ascending colon is seen. Age-indeterminate mild anterior wedge deformities of L1 and L2 are identified. Vertebral body heights, intervertebral disc spacing, and alignment are otherwise preserved.

IMPRESSIONS: 1) Age-indeterminate mild anterior wedge deformities of L1 and L2.

2) Extensive retained fecal material within the ascending colon.

Gerald J. Ondr, M.D.
Consultant Radiologist

GJO/ieh
D: 3/9/2005
T: 3/9/2005

3.11.05

SENSITIVE - LIMITED OFFICIAL USE

Aother Davu

For, Ms Sumers,                    Date:
Names of meds,
        Back pain meds
      Names are,

Metal Eillness meds are,

1 Lorazepam 2 mg moring and nigth. P.R.N
2 Quetiapine 300 mg moring and night
3 Doxepin 150 mg Just at Night
4 Seroquel 300 mg P.R.N.
5 Ranitidine 150 mg
6 Avan 1.mg P.R.N and at Nigth
7   Docusate Sodium 100 mg Cap pain ⌐
        Back pain med is  │
1) Clinoril
2) Docusate sodium 100 mg cap, pain,    13259-007
                             Darryl Young

                     Sing here_____
                         Date: 6-20-05

Ayher Davu

Date: 6-20-05

For the P.t. Doctor

From Darryl young
13259-007

I'm being look at for my back one more time, I did the home eseracise program and my back feel bader, so now back at P.t. to see if he can do something for the pain finedeing

I will talk with Ms. Hogan. There may be an instability, secondary to traumatic history causing pain. Continue to perform pescribed exercises

Darryl young
13259-007
10-D-unit

Jining here,
Date: 6-21-05