05cr40027FDS

IN THE UNITED STATES DISTRICT
Court for the District
of Massachusetts

Date

@ Darryl Young
 #13259-000
 Plaintiff

vs.                    Case. No. 05-3189-cr-SFJG-P

Officer Gallager

Defendants

the Clerk of Court

Mr or Ms Clerk of the Court I writing to fill some papers on my physical injuries in this case.

Ms or Mr Clerk I would like to ask for a lawer in this case. No-3189-cr-SFJG-P or do you no someone who take cases with out a down pay when I when.

now I going to go thouth these papers with you and tell you what's what.

① Nursing Assessment from 12-18-03 that say I was hurt
② Radiographic Report
③ Trauma to Eye Recod
④ Anatomical figure Report, Back and feet
⑤ Ather Dave P.t, Doctor Report
⑥ Ather Dave that was sing by the Ners About is Clinoril  pain meds
⑦ Physical therapy Report that I have a instability
⑧ Mental Health unit Admission Orders

#1329-007
Darryl Young

# SECTION II  NURSING ASSESSMENT
(USE FOR OUTPATIENT OR DIRECT INPATIENT ADMITS)

Date: 12/18/03  Time: 1345  Service: [X] D&O; [ ] Forensic; [ ] MHTU

ASSESSMENT DEFERRED [ ]

Status: [X] Suicide Precautions; [ ] Seclusion; [ ] Restraints; [X] Locked; [ ] R/O

Language: English  Interpreter needed: [Y] [N]

**MENTAL STATUS**

Behavior: [X] Cooperative; [ ] Uncooperative; [ ] Passive; [ ] Aggressive.
Describe above: _____

Oriented [✓]; Hallucinations [ ]; Delusions [ ]; [ ] Suicidal Ideation.

Suicide Attempts: About a yr ago — cut wrist — hanging at 15 or 16

Mood/Affect: calm  Thought Processes: am or mostly organized

Sleep Disturbance: — racing thoughts.

**PSYCHIATRIC & DRUG HISTORY**

Past History [Y] [N]; Past Treatment [Y] [N]. If Yes, Where/When: St. Elizabeth Hosp. — WASH
Also Tx at Butler

Current Medications: Risperdal, Seroquel —

**NUTRITIONAL SCREENING**  current wt → 143 #'s

Recent Weight Loss/Gain [Y] [N] If Yes, How Much/How Long: lost ≈15 lbs — stopped eating

special Diet [Y] [N] If Yes, State Diet Needs: _____

**PHYSICAL DATA**

Vital Signs: B/P ___  T ___  P ___   Allergies: NKA  at Cumberland

Are you Having Pain? Yes ___ No X   0 2 4 6 8 10

Location ___  Intensity ___

Frequency ___  Duration ___

Skin: Appearance ___
      Integrity: Tattoos — both arms/neck/face → old.

Safety/Environmental/Functional Limitation Factors Identified: [Y / N]
Locked unit eval.

Seizures: [Y / N]  Type/Duration: ___
Date of Last Seizure: ___

**MEDICAL PROBLEMS**  [Y / N] Review Initial PA Assessment Data Sheet

**INITIAL PATIENT NEEDS IDENTIFIED** 1) Orient to unit/evaluation treatment process
2) Lab work
3) Tx eval

**INITIAL PLAN OF CARE** 1) Describe Unit Routine/Admission Process, and explain Treatment/Evaluation Procedures and Team Concept
2) med review
3) lab work

*[Y / N] Does this patient have any Medical Condition, Physical disabilities, or history of sexual/physical abuse, which would place the patient at greater risk if placed on seclusion, suicide precautions, or restraint status? If yes, what are the primary risk factors?

[signature]  12/18-03

Margin notes: 2 PPD BOT / smoker 2pk/days x 12 yrs. / Educ — 10th gr / have been → meds x 3-4 wks — became agitated/aggressive/suicidal

NAME: YOUNG, DARRYL
REG. NO.: 13259-007
USMCFP SPG MO
08/26/75

Page 2
SENSITIVE LOU

SPG-82  (07/02)
USMCFP-SPRINGFIELD, MO

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

**RADIOGRAPHIC REPORT**

NAME: YOUNG, DARRYL (8/26/1975)
REG NO 13259-007
WARD: D01

REQUESTED BY: L. Hogan / Dr. Choudhury
DATE OF REQUEST: 3/7/2005
DATE OF PROCEDURE: 3/8/2005

CLINICAL INFORMATION: Pain.

**LUMBAR SPINE, TWO VIEWS**
COMPARISON: None.

FINDINGS: Two views of the lumbar spine demonstrate five non-rib-bearing lumbar-type vertebral bodies with minimal levoscoliosis apex at L2. A large amount of retained fecal material within the ascending colon is seen. Age-indeterminate mild anterior wedge deformities of L1 and L2 are identified. Vertebral body heights, intervertebral disc spacing, and alignment are otherwise preserved.

IMPRESSIONS: 1) Age-indeterminate mild anterior wedge deformities of L1 and L2.

2) Extensive retained fecal material within the ascending colon.

_[signature]_
Gerald J. Ondr, M.D.
Consultant Radiologist

GJO/ieh
D: 3/9/2005
T: 3/9/2005

3·11·05

SENSITIVE - LIMITED OFFICIAL USE

*InterQual®*
SmartSheets™
**2004 - Specialty Referral Criteria**
**Trauma to Eye**

YOUNG, DARRYL
13259-007
USMCFP SPG MO
08/26/1975

Authorization # 2

DY
DY

| PATIENT: | Name _____ | D.O.B. 8·26·75 | ID# _____ | GROUP# _____ |
| --- | --- | --- | --- | --- |
| CPT/ICD: | Code _____ | Facility _____ | Service Date _____ | |
| PROVIDER: | Name _____ | | ID# _____ | Phone# _____ |
| | Signature M. H. [illegible] | | Date 2.1.05 | |

**Purpose of Specialty Care (choose one)**
☐ Diagnosis  ☒ Limited Management  ☐ Co-Management  ☐ Periodic Assessment
SPECIALIST

ICD-9-CM: 360.5, 360.50, 360.51, 360.52, 360.53, 360.54, 360.55, 360.59, 360.6, 360.60, 360.61, 360.62, 360.63, 360.64, 360.65, 360.69, 376.47, 376.6, 802.6, 802.7, 802.8, 870.3, 870.4, 871.0, 871.1, 871.2, 871.3, 871.4, 871.5, 871.6, 871.7, 871.9, 918, 918.0, 918.9, 921.0, 921.9, 930, 930.0, 940, 940.0, 940.2, 940.3, 940.9, 941.02

**INDICATIONS (choose one and see below)**
☒ 100 Trauma to globe/orbit — Scleral Hemorrhage one sq. cm. area (L)
☐ 200 Splash injury to eye ♦
☐ Indication Not Listed (Provide clinical justification below)

**100 Trauma to globe/orbit(BOTH)**
☐ 110 Injury w/in 6 mos
☐ 120 Injury(ONE)
  ☐ 121 Intraocular foreign body ♦
  ☐ 122 Penetrating wound to globe ♦
  ☐ 123 Blunt trauma to globe(ONE)
    ☐ -1 Eye pain
    ☐ -2 Decreased VA by PE
    ☐ -3 Eye redness
    ☐ -4 Impaired extraocular movement
  ☐ 124 Orbital fracture by PE/imaging ♦

**200 Splash injury to eye ♦**

Inj happened about 1½ mo ago per pt. when officers restrained him in another BOP facility. c/o pain / throbbing. No visual problems noted.

[signature]

**APPROVED**
R Hazelwood, M D

*InterQual® criteria are intended solely for use as screening guidelines with respect to the medical appropriateness of healthcare services and not for final clinical or payment determinations concerning the type or level of medical care provided, or proposed to be provided, to a patient.

Proprietary material protected by intellectual property laws. Use permitted only by and subject to license with McKesson Corporation and/or one of its subsidiaries. Copyright ©2004 McKesson Corporation and/or one of its subsidiaries, CPT only ©2003 American Medical Association. All rights reserved.

**McKESSON**

page 1 of 1

| MEDICAL RECORD | ANATOMICAL FIGURE |
|---|---|



hRut EYES

"Diamond"

Tattoo

Shoulder fire

Skull + fire

Cut Bad

Scars

Cut Bad

RIP

Scar

Cut up Bad

11/1/04
Scars + tattoos as noted.

Connie Godjiklan ARNP
Connie Godjiklan
MLP
FMC Devens

| Register No. | Ward No. |
|---|---|

Patient's Identification (for typed or written entries give: Name - last, first, middle: grade: date: hospital or medical facility.)

FMC Devens

13259-007
YOUNG, DARRELL
08-26-1975



13259-007
YOUNG, DARRELL
08-24-1975
FMC DEVENS

<u>Ayher Davu</u>

Date: 6-20-05

For the P.t. Doctor

From <u>13259-007</u>
<u>Darryl young</u>

I'm being look at for my back one more time, I did the home escracise program and my back feel bader, so now back at P.T. to see if he can do somthing for the pain finedeing

I will talk with Ms. Hogan. There may be an instability, secondary to traumatic history causing pain. Continue + perform pescibed exercises

Darryl young
13259-007
10-D-unit

Sining here, [signature]
Date: 6-21-05

## Affer Davu

For, Ms. Sumers,   Date:
Names of Meds,
    Back Pain Meds
    Names Are,

Metal Eillness Meds Are,

1. Lorazepam 2 mg morng and nigth. P.R.N
2. Ouetiapine 300 mg morng and night
3. Doxepin 150 mg Just at Night
4. Seroquel 300 mg P.R.N.
5. Ranitidine 150 mg
6. Avan 4 mg P.R.N and at nigth
7. ~~[redacted]~~ Docusate Sodium 100 mg cap pain

Back pain med is

① Clinoril
② Docusate Sodium 100 mg cap, pain,   13259-007

Darryl Young

Sing Here _____
Date: 6-20-05

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**
**REHABILITATION DEPARTMENT**
Initial  X  , Progress_____, Discharge  X

PMH: Pt referred to PT for LBP

S: Pt states that he injured his back 8 years ago when he was trying to evade police. He states that he jumped out of an 8 story window and landed on his back. He reports not remembering the incident but does remember waking up in the hospital and being told what had happened. He further states that he was involved in an altercation with correctional officers and hurt his back again at that time.

O:  Obs: Pt was seated for the subjective portion of the evaluation. He was in no apparent distress.
MMT and ROM: WNL and equal to me bilaterally with back and LE testing.
Palpation: P-A mobilizations indicate a possible instability through the mid-lumbar area. This is the area where he describes most of his pain.
Special tests: + quadrant testing, + nerve tension for sciatic nerve.

A: Pt shows symptoms consistent with instability at L3-4 level. He demonstrates sciatic nerve tension with a SLR. Goals met for PT and patient.

P: Discharge PT with home program.

E: Pt instructed in lumbar stabilization exercises and given a copy of these exercises complete with descriptive instruction and pictures on appropriate technique.

**Original - Medical Record**
**Copy - Physical Therapy         X**
   **- Prosthetics/Orthotics      ___**
   **- Occupational Therapy       ___**
   **- Speech Therapy             ___**

Physician____Gariety_____   4-18-05

Justin R. Feola, MPT
Date   4-14-05

Patient Identification____Young, Darryl 13259-007_____   Ward __D01__
                                                              SPG-75
SENSITIVE - LIMITED OFFICIAL USE                              (Revised 11/04)

MEDICAL RECORD | DOCTOR'S ORDERS

MENTAL HEALTH UNIT ADMISSION ORDERS (Check appropriate orders)

DATE and TIME
10-22-04
1200

1. ADMIT to Mental Health Unit/ Admission and Observation Status — Inpatient / Secured Housing Status (No Contraindication)

2. REASON for Referral — further treatment

3. ALLERGIES: NKDA

4. ~~VITAL SIGNS on admission includes temp, pulse, bp, height, weight.~~ Other ___

5. DIET: Regular ✓  Heart Healthy ___  Continuation of Common Fare (Notify Chaplain) ___  Other ___

✓ 6. LABORATORY: Mental Health Panel (includes urinalysis)
   ~~Finger stick glucose on admission~~

7. ADDITIONAL LABS: N/A ___ GLYCOHEMOGLOBIN

8. ~~EKG if over 50 yrs old or clinically indicated:~~ YES ___ NO ✓

9. CHEST X-RAY: PA/Lateral  YES ___  NO ✓  8-18-04 - NEGATIVE

10. PPD: Place PPD at Admission  YES ___  NO ✓
    Last date placed 8-15-03  Result 12 mm

11. ~~Td immunization at Admission~~  YES ___  NO ___  Last date given ___

12. Add to Medical or Psychiatric Chronic Care Clinic, specify:
    Not Indicated ✓

13. Prior Health Record Reviewed: YES ✓   Not Available ___

14. Special Precautions/Assistive Devices: NONE ___  YES ___ explain:

15. MEDICATIONS: Quetiapine 400 mg po hs x 90d

Orders noted and faxed to pharmacy.
Nurse Signature: C. Stonjonis, RN
Chart Nurse
FMC Devens

Gary H. Riggs, MD

Provider's Signature and Stamp

PATIENT'S IDENTIFICATION:
13259-007
YOUNG, DARRYL
N
FMC DEVENS 8-26-75

FMC Devens
P.O. Box 880
Ayer, MA 01432

DOCTOR'S ORDERS
Medical Record
STANDARD FORM 509 (Rev. 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1