UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN FOR MCFP SPRINGFIELD, PO BOX 4000, SPRINGFIELD, MO 65801, or any of his deputies.

YOU ARE COMMANDED to have the body of DARRYL YOUNG (13259-007) now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Building, Courtroom #1 on the 5th Floor, Worcester, MA, on October 14, 2005 at 2:15 pm, for the purpose of a Initial Appearance and Arraignment in the case of United States of America v. Darryl Young, Criminal Number 05-40027-FDS.  And you are to retain the body of said DARRYL YOUNG while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said DARRYL YOUNG to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 3RD Day of October, 2005.

Charles B. Swartwood, III
Chief Magistrate Judge

SARAH ALLISON THORNTON, CLERK

By: /s/ Lisa B. Roland
SEAL       Lisa B. Roland, Deputy Clerk
(508) 929-9905