UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIM. NO. 05-40027-FDS |
| v. ) | |
| ) | |
| DARRYL YOUNG, ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO ENLARGE TIME FOR PRODUCTION OF AUTOMATIC DISCOVERY**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, with the assent of counsel for Defendant, James G. Reardon, Jr., Esq., hereby moves the Court to enlarge the time for the production of automatic discovery until November 21, 2005.

Agreed:

Darryl Young
Defendant

By: _____
James G. Reardon, Jr., Esq.
Counsel for Defendant

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney