

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Direct: (508) 368-0104*          *Donohue Federal Building*
                                  *595 Main Street*
                                  *Worcester, MA 01608*

November 21, 2005

**BY MAIL**
James G. Reardon, Jr., Esq.
Reardon & Reardon PC
1 Exchange Place
Worcester, MA 01608

>    Re:   **United States v. Darryl Young**
>          **Criminal No. 05-40027-FDS**

Dear Mr. Reardon:

Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following automatic discovery in the above-referenced case:

**A.   Rule 16 Materials**

**1.   Defendant's Oral Statements under Rule 16 (a)(1)(A)**

The substance of Defendant's oral statements to law enforcement have been provided to under separate cover.

A personal history/booking sheet for Defendant will be forwarded to you upon receipt.

>    b.   **Written or Recorded Statements**

The Government is not aware of any recorded statement of Defendant.

>    c.   **Grand Jury Testimony of the Defendant**

Defendant did not testify before the grand jury.

2.  **Defendant's Prior Record under Rule 16 (a)(1)(D)**

   I understand that you have received a copy of your client's criminal record from Pretrial Services. If you need another copy, then please let me know.

3.  **Documents and Tangible Objects under Rule 16(a)(1)(E)**

   All books, papers, documents and tangible items which are within the possession, custody or control of the Government, and which are material to the preparation of Defendant's defense or are intended for use by the Government as evidence in chief at the trial of this case, or were obtained from or belong to the Defendant may be inspected by contacting FBI Special Agent Jennifer Weidlich, at 978.562.0631 and making an appointment to view the same at a mutually convenient time.

4.  **Reports of Examinations and Tests under Rule 16 (a)(1)(F)**

   A medical report relating to the treatment of the victim is enclosed herein.

B.  **Search Materials under Local Rule 116.1(C)(1)(b)**

   The Government is not aware of any searches in this case.

C.  **Electronic Surveillance under Local Rule 116.1(C)(1)(c)**

   No oral, wire, or electronic communications of the Defendant as defined in 18 U.S.C. § 2510 were intercepted relating to the charge in the indictment.

D.  **Consensual Interceptions under Local Rule 116.1(C)(1)(d)**

   None.

E.  **Unindicted Coconspirators under Local Rule 116.1(C)(1)(e)**

   None.

F.  **Identifications under Local Rule 116.1(C)(1)(f)**

   The Defendant was not the subject of an investigative identification procedure used with a witness the Government anticipates calling in its case-in-chief involving a line-up, show-up, photo spread or other display of an image of Defendant.