UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 05-CR-40027-FDS |
| v. | ) |
| | ) |
| DARRYL YOUNG, | ) |
|     Defendant | ) |
| | ) |

**Motion For Status Conference
And To Exclude Time**

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, moves the Court for Status Conference and Order of Excludable Time in the interests of justice.

                               Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney

                       By:  /s/John M. Hodgens, Jr.
                               John M. Hodgens, Jr.
                               Assistant U.S. Attorney

DATED:    January 13th, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by faxing same and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>James G. Reardon, Jr.
>One Exchange Place
>Worcester, MA 01608

This 13th day of January 2006.

>/s/John M. Hodgens, Jr.
>John M. Hodgens, Jr.
>ASSISTANT UNITED STATES ATTORNEY