# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____   )
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 05-40027-FDS
DARRYL YOUNG,                  )
        Defendant,             )
_____   )
```

### STATUS REPORT
### January 20, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has completed its obligation for discovery. However, Mr. Young's counsel has requested an extended period of time in order to investigate possible defenses and to determine the state of Mr. Young's mental health. One of the reasons for requesting an extended period is that Mr. Young is incarcerated in Missouri for another federal offense which makes it difficult for his counsel to meet or communicate with him. Therefore, I have granted the request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on

April 19, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

At the request of the Government and without objection from Mr. Young's counsel, I am excluding from the Speedy Trial Act, the period from November 17, 2005 (date of expiration of prior order of excludable time) through April 19, 2006 (date by which Mr. Young's counsel shall complete his investigation relative to his client's case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, June 28, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE