AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

United States of America

v.                                              **APPEARANCE**

Darryl Young

Case Number:    05-CR-40027-FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 14, 2006 | /s/ SUZANNE M. SULLIVAN |
| Date | Signature |
| | Suzanne M. Sullivan      565071 |
| | Print Name                Bar Number |
| | United States Attorney's Office, 1 Courthouse Way |
| | Address |
| | Boston,         MA      02210 |
| | City            State    Zip Code |
| | 617 748-3146    617 748-3951 |
| | Phone Number    Fax Number |