# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-40027-FDS** |
| DARRYL YOUNG, | ) | |
| Defendant, | ) | |

## INTERIM STATUS REPORT
### April 24, 2006

**HILLMAN, M.J.**

The following is an Interim Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The parties have exchanged discovery via the automatic discovery provisions of Rule 16 and in the process of evaluating that information. In addition the parties have requested expert discovery under Fed.R.Crim.P 16(a)(1)(E) and the parties have agreed that the Government will provide such discovery twenty-eight days prior to trial and the Defendant will provide his reciprocal discovery fourteen days prior to trial. The parties have requested approximately six weeks to assess the information that they have received and to explore the possibilities of a plea agreement. The Defendant is presently incarcerated serving a federal sentence and that sentence is due to terminate before the end of this calendar year.

2.   Further Status Conference

A further status conference shall be held in this case on Wednesday, May 31, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

At the request of the Government and with the assent of defense counsel, I am excluding from the Speedy Trial Act, the period from April 19, 2006 (date of expiration of prior order of excludable time) through and including May 31, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, August 9, 2006.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE