UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                         )<br>)<br>DARRYL YOUNG,               )<br>          Defendant,        )<br>                             ) | CRIMINAL ACTION<br>NO. 05-40027-FDS |

ORDER OF EXCLUDABLE TIME
April 24, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 19, 2006 (date of expiration of prior order of excludable time) through May 31, 2006 (date of next status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE