# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )  )  )  v.  )  )  DARRYL YOUNG,  )  Defendant,  )  ) | CRIMINAL ACTION NO. 05-40027-FDS |

### STATUS REPORT
### June 2, 2006

**HILLMAN, M.J.**

 The following is a Status Report to Saylor, J. to whom this case is assigned:

 1. <u>Discovery</u>

 The parties have exchanged discovery via the automatic discovery provisions of Rule 16 and have requested expert discovery under Fed. R. Crim.P 16(a)(1)(E). The parties have agreed that the Government will provide such discovery twenty-eight days prior to trial and the Defendant will provide his reciprocal discovery fourteen days prior to trial. The Defendant has filed a Motion For Funds To Conduct A Psychiatric Examination because of recurring mental health issues. If the funds are allowed that exam should be able to be conducted within the next thirty to forty-five days. The Defendant is presently incarcerated, serving a federal sentence.

2.      <u>Further Status Conference</u>

A further status conference shall be held in this case on August 14, 2006, at 2:00 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.      <u>Excludable Time</u>

At the request of the Government and with the assent of defense counsel, I am excluding from the Speedy Trial Act, the period from May 31, 2006 (date of expiration of prior order of excludable time) through and including August 14, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, October 23, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE