# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40027-FDS** |
| DARRYL YOUNG, ) | |
| Defendant, ) | |

## FINAL STATUS REPORT
### August 15, 2006

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.    Outstanding Discovery (Local Rule 116.5(C)(1))

The parties represent that there are no unresolved discovery issues.

2.    Additional Discovery (Local Rule 116.5(C)(2))

The parties are not aware that any additional discovery is required. The parties are also aware of their continuing obligation to provide additional discovery in accordance with its local rules.

3.    Defense of Insanity or Public Authority (Local Rule 116.5(C)(3))

On or about May 24, 2006, the Defendant filed an Ex Parte Motion For Funds. In relation to that motion, the Defendant sought additional time in order to have a forensic mental health evaluation of the Defendant. That evaluation has been completed and per defense counsel, there will be no defense of insanity and the Defendant further will not assert a defense of public authority.

4.	Notice of Alibi (Local Rule 116.5(C)(4))

The Defendant has not indicated an intent to assert an alibi defense.

5.	Dispositive Motions (Local Rule 116.5(C)(5))

The Defendant will not be filing any dispositive motions in this case.

6.	Scheduling (Local Rule 116.5(C)(6))

There are no issues that require a scheduling conference with the Court.

7.	Plea Negotiations (Local Rule 116.5(C)(7))

The parties continue to discuss a non-trial resolution of this case.

8.	Excludable Time (Local Rule 116.5(C)(8))

As of the date of the final pretrial conference, no days have been excluded from the provisions of the Speedy Trial Act and there are seventy days remaining for a trial in this case. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Monday, October 23, 2006.

9.	Length of Trial (Local Rule 116.5(C)(9))

Should this case proceed to trial, the parties anticipate approximately one week of trial time.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE