UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA**<br><br>v.<br><br>**DARRYL YOUNG,**<br><br>**Defendant.** | )<br>)<br>)<br>) **Criminal No.**<br>) **05-40027-FDS**<br>)<br>)<br>)<br>) |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a pretrial conference before this Court on September 14, 2006, the parties requested additional time to negotiate a possible plea agreement. Further, counsel for defendant requested additional time to prepare for trial and discuss matters with defendant, who is currently being held in federal custody in Springfield, Missouri. To accommodate this request, the Court granted the parties additional time and scheduled a status conference before this Court on October 17, 2006.

On joint request of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from September 14, 2006, through October 17, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **September 15, 2006**