UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>DARRYL YOUNG, )<br>)<br>Defendant. )<br>) | Criminal No.<br>**05-40027-FDS** |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a status conference before this Court on October 17, 2006, the parties requested additional time to negotiate a possible plea agreement. Further, defense counsel sought additional time to discuss matters with defendant, who is currently being held in federal custody in Springfield, Missouri. To accommodate this request, the Court granted the parties additional time and scheduled a status conference before this Court on November 16, 2006.

On joint request of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from October 17, 2006, through November 16, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **October 17, 2006**