UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> DARRYL YOUNG, ) <br> ) <br>     Defendant. ) <br> ) | Criminal No. <br> 05-40027-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

    Counsel for the parties appeared before this Court on November 20, 2006. Counsel for the government raised certain issues regarding a trial date, including the schedules of counsel and the availability of the FBI agent assigned to this case, who may also be called as a witness, due to a scheduled maternity leave. Counsel also noted that plea negotiations are ongoing and are made more difficult by defendant's incarceration in Missouri. Trial was continued until March 26, 2007, to accommodate these issues. A further status conference is presently set for January 18, 2006.

    With the assent of the parties, and because the ends of justice served by granting this continuance outweigh the interest of the public and the defendant in a speedy trial, the period of time from November 20, 2006, through January 18, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

                                                                                           /s/ F. Dennis Saylor IV
                                                                             F. Dennis Saylor IV
Dated: November 22, 2006                                                 United States District Judge