UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>DARRYL YOUNG, )<br>)<br>**Defendant.** )<br>) | **Criminal No.**<br>**05-40027-FDS** |

ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

Counsel for the parties appeared before this Court on January 18, 2007. Counsel reiterated the need for the March 26, 2007 trial date to accommodate the schedules of counsel and the FBI agent assigned to this case, who may also be called as a witness and is currently on maternity leave. Counsel also noted that plea negotiations are ongoing and are made more difficult by defendant's incarceration in Missouri. A pre-trial conference is presently set for March 21, 2007.

With the assent of the parties, and because the ends of justice served by granting this delay outweigh the interest of the public and the defendant in a speedy trial, the period of time from January 18, 2007, through March 21, 2007, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

Dated: January 18, 2007

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge