UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:

MCFP SPRINGFIELD
MEDICAL CENTER/FEDERAL PRISONERS
P.O. BOX 4000
SPRINGFIELD, MO, 65801

YOU ARE COMMANDED to have the body of __Darryl Young__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. 2, on the 5th floor, Worcester, Massachusetts on __Friday   March 9, 2007__, at __1:00P.M.__ for the purpose of __Trial__

in the case of      UNITED STATES OF AMERICA V.   __Darryl Young__

CR Number   __05-40027-FDS__

       And you are to retain the body of said __Darryl Young__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Darryl Young__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __26th__ day of __February,__ 2007.


/s/ F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

                                                              SARAH THORNTON, CLERK

                                                              By: /s/ Martin Castles
                                     SEAL                         Deputy Clerk