UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-40027-FDS |
| | ) | |
| DARRYL YOUNG, | ) | |
| Defendant. | ) | |

### GOVERNMENT'S LIST OF PROPOSED WITNESSES

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Suzanne M. Sullivan, Assistant U.S. Attorney, and hereby submits its witness list for the trial of this action. The government reserves its right to supplement and/or modify this list in light of the evidence that is admitted at trial and with reasonable notice to the Court and the defendant.

1. Mr. Todd Army - Millbury, MA

2. Correctional Officer Paul Notarfrancesco - Fort Devens, Ayer, MA

3. Correctional Officer Keith Faneuff - Ft. Devens, Ayer, MA

4. Correctional Officer Ken Guilmette - Ft. Devens, Ayer, MA

5. Correctional Officer John Davis, R.N. - Fort Devens, Ayer, MA

6. Lieutenant Mark Hufnagle - Fort Devens, Ayer, MA

7. Correctional Officer Furtunado Calabro - Fort Devens, Ayer, MA

8. Correctional Officer Thomas Gallagher - Fort Devens, Ayer, MA

9. Correctional Officer Lisa Arpano - Fort Devens, Ayer, MA

10.  Susan Laprade, R.N. - formerly at Fort Devens, Ayer, MA

11.  Correctional Officer Kyle Beach - formerly at Fort Devens, Ayer, MA

12.  Dr. Richard Anderson - University of MA Medical Center Worcester, MA

13.  Dr. William O'Connor - Millbury, MA

14.  Dr. Mark Kaplan - University of MA Medical Center Worcester, MA

15.  Special Agent Jennifer Weidlich
     Federal Bureau of Investigation, Hudson, MA

16.  Retired Special Agent Kevin Grady
     Federal Bureau of Investigation, Hudson, MA

17.  Keeper of Records
     University of Massachusetts Medical Center - Worcester, MA

18.  Keeper of Records
     Physical Therapy Innovations, Auburn, MA

19.  Keeper of Records
     Leominster Hospital (formerly Health Alliance Hospital)
     Leominster, MA

                                    Respectfully submitted,


                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:  /s/ Suzanne Sullivan
                                    Suzanne Sullivan
                                    Assistant U.S. Attorney
Date: March 21, 2007

## CERTIFICATE OF SERVICE

I, Suzanne Sullivan, Assistant U.S. Attorney, do hereby certify that this document was served to defense counsel by electronic filing.

                                    /s/ Suzanne Sullivan
                                    SUZANNE SULLIVAN
                                    Assistant U.S. Attorney