UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 05-40027-FDS |
| ) | |
| DARRYL YOUNG ) | |
| Defendant ) | |

NOTICE OF APPEAL

Notice is hereby given that the Darryl Young (Defendant in this case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence ordered by the district court (Saylor, J.) on the defendant Darryl Young on June 21, 2007

                                              Respectfully submitted,
                                              Darryl Young
                                              By his Attorney

                                              _____
                                              James G. Reardon, Jr., Esquire
                                              Reardon & Reardon
                                              One Exchange Place
                                              Worcester, MA 01608
                                              508-754-1111
                                              BBO 544557

CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been filed through the ECF system to be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              _____
                                              James G. Reardon, Jr., Esq..
                                              Attorney for Daarryl Young
                                              Dated:July 1, 2007