**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 05cr40027

United States of America

v.

Darryl Young

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-10 and 12-44

and contained in Volume(s) 1 are copies of the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/1/07. They may be discarded after use.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/9/07.

Sarah A Thornton, Clerk of Court

By:   /s/ Kathy Hassett
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

RETURN TO: US DISTRICT COURT
           595 MAIN STREET, SUITE 502
           WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06

APPEAL, VICTIM

# United States District Court
## District of Massachusetts (Worcester)
## CRIMINAL DOCKET FOR CASE #: 4:05-cr-40027-FDS All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Young | Date Filed: 05/18/2005 |

Assigned to: Judge F. Dennis Saylor, IV

**Defendant**

| | | |
|---|---|---|
| Darryl Young (1) | represented by | James G. Reardon, Jr.<br>Reardon & Reardon<br>One Exchange Place<br>Worcester, MA 01608<br>508-754-1111<br>Fax: 508-797-6176<br>Email: gavin.reardon@rrlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:111(a)(1)Assault on a Federal Employee<br>(1) | The defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 151 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years. It is further ordered that the defendant pay to the United States a special assessment of $100.00 and restitution in the amount of $50,969.00. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA        represented by   **John M. Hodgens, Jr.**
US Attoneys Office
595 Main Street
Worcester, MA 01608
508-368-0100
Fax: 508-756-7120
*TERMINATED: 06/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M. Sullivan**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3146
Fax: 617-748-3951
Email: suzanne.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2005 | 1 | MOTION to Seal Case as to Darryl Youngby USA. (Shattuck, Deborah) (Entered: 05/18/2005) |
| 05/18/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 1 Motion to Seal Case as to Darryl Young (1). "Allowed." (Shattuck, Deborah) (Entered: 05/18/2005) |
| 05/18/2005 | 2 | SEALED INDICTMENT as to Darryl Young (1) count(s) 1. (Shattuck, Deborah) (Entered: 05/18/2005) |
| 05/18/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered. ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: Pretrial as to Darryl Young (Shattuck, Deborah) (Entered: 05/18/2005) |

| | | |
|---|---|---|
| 05/18/2005 | 3 | MOTION to Unseal Case as to Darryl Youngby USA. (Hassett, Kathy) Additional attachment(s) added on 5/19/2005 (Hassett, Kathy). (Entered: 05/18/2005) |
| 05/18/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 3 Motion to Unseal Case as to Darryl Young (1). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 05/18/2005) |
| 06/16/2005 | 4 | Letter (non-motion) regarding warrant as to Darryl Young (Hassett, Kathy) (Entered: 06/17/2005) |
| 06/16/2005 | 5 | MOTION to Dismiss as to Darryl Young. (Hassett, Kathy) (Entered: 06/17/2005) |
| 06/30/2005 | 6 | MOTION to Dismiss as to Darryl Young, c/s. (Jones, Sherry) (Entered: 07/01/2005) |
| 08/15/2005 | 7 | Letter (non-motion) regarding injuries as to Darryl Young (Jones, Sherry) (Entered: 08/15/2005) |
| 09/26/2005 | 8 | MOTION to Appoint Counsel as to Darryl Young. (Hassett, Kathy) (Entered: 09/29/2005) |
| 10/03/2005 | 9 | Writ of Habeas Corpus ad Prosequendum Issued as to Darryl Young for 10/14/2005 (Roland, Lisa) (Entered: 10/03/2005) |
| 10/03/2005 | | Set Hearings as to Darryl Young: Arraignment set for 10/14/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. Initial Appearance set for 10/14/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 10/03/2005) |
| 11/02/2005 | 10 | Writ of Habeas Corpus ad Prosequendum Issued as to Darryl Young for 10/20/2005 (Roland, Lisa) (Entered: 11/02/2005) |
| 11/02/2005 | | Reset Hearings as to Darryl Young: Arraignment set for 11/3/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. Initial Appearance set for 11/3/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 11/02/2005) |
| 11/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Darryl Young (1) Count 1 held on 11/3/2005, Initial Appearance as to Darryl Young held on 11/3/2005, Case called, Counsel (Hodgens, Reardon), PTS Cuascut & Defendant appear, Financial affidavit filed, Defendant notified of rights, charges & maximum penalties, Not Guilty Plea entered by Darryl Young (1) on Count 1, Scheduling Order issued, The Court Orders all pro-se pleadings withdrawn, Government moves for detention and a hearing on that issue is postponed until such time that Defendant has completed serving his current sentence, Defendant remanded to the custody of the US Marshals. (Digital Recording 12:26 P.) (Roland, Lisa) (Entered: 11/03/2005) |

| | | |
|---|---|---|
| 11/03/2005 | 12 | Judge Charles B. Swartwood : CJA 20 as to Darryl Young: Appointment of Attorney James G. Reardon, Jr for Darryl Young. (Roland, Lisa) (Entered: 11/04/2005) |
| 11/03/2005 | 13 | NOTICE OF HEARING as to Darryl Young; Status Conference set for 12/15/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/04/2005) |
| 11/03/2005 | 14 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Darryl Young; Time excluded from November 3, 2005 until November 17, 2005, cc/cl. (Roland, Lisa) (Entered: 11/04/2005) |
| 11/03/2005 | 15 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Darryl Young, cc/cl. (Roland, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | | Judge Charles B. Swartwood : ElectronicORDER entered withdrawing 5 Motion to Dismiss as to Darryl Young (1); withdrawing 6 Motion to Dismiss as to Darryl Young (1); finding as moot 8 Motion to Appoint Counsel as to Darryl Young (1), cc/cl. (Roland, Lisa) (Entered: 11/04/2005) |
| 11/18/2005 | 16 | Assented To MOTION for Extension of Time to November 21, 2005 for production of Automatic Discovery as to Darryl Youngby USA. (Hassett, Kathy) (Entered: 11/18/2005) |
| 11/22/2005 | 17 | NOTICE of discovery by USA as to Darryl Young. (Jones, Sherry) (Entered: 11/22/2005) |
| 11/23/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 16 Motion for Extension of Time as to Darryl Young (1). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 11/23/2005) |
| 01/13/2006 | 18 | MOTION to Exclude *time and for Status Conference* as to Darryl Youngby USA. (Hodgens, John) (Entered: 01/13/2006) |
| 01/17/2006 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 18 Motion for Status Conference and to Exclude Time as to Darryl Young (1). "ALLOWED. Further Status Conference shall be held on 1/20/2006 @ 2:00 pm." cc/cl (Roland, Lisa) (Entered: 01/18/2006) |
| 01/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Darryl Young held on 1/19/2006. Case called, Counsel (Hennessy, Reardon) appear, Counsel request additional time, Oral Motion to Exclude Time. Case continued to April 19, 2006 @ 2:00 pm, Status Report and Order on Excludable Time to issue. (Digital Recording 10:38 A.) (Roland, Lisa) (Entered: 01/19/2006) |
| 01/19/2006 | | Oral MOTION for Excludable Delay as to Darryl Youngby USA. (Roland, Lisa) (Entered: 01/19/2006) |
| 01/20/2006 | 19 | Judge Charles B. Swartwood : STATUS REPORT as to Darryl Young; Status Conference set for 4/19/2006 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 01/28/2006) |
| 01/20/2006 | 20 | Judge Charles B. Swartwood : ORDER of Excludable Time as to Darryl Young (1). Time excluded from November 17, 2005 through April 19, 2006, cc/cl. (Roland, Lisa) Modified on 1/30/2006 (Jones, Sherry). (Entered: 01/28/2006) |
| 02/21/2006 | 21 | Case as to Darryl Young assigned to Judge Timothy S. Hillman. Judge Charles B. Swartwood no longer assigned to the case. (Hassett, Kathy) Additional attachment(s) added on 3/3/2006 (Jones, Sherry). (Entered: 02/21/2006) |
| 03/01/2006 | | Set/Reset Hearings as to Darryl Young: Status Conference set for 4/19/2006 02:00 PM before Magistrate Judge Timothy S. Hillman. (Entered to correct hearing assignment from MJ Swartwood to MJ Hillman) (Hurley, Virginia) (Entered: 03/01/2006) |
| 04/14/2006 | 22 | NOTICE OF ATTORNEY APPEARANCE Suzanne M. Sullivan appearing for USA. (Sullivan, Suzanne) (Entered: 04/14/2006) |
| 04/17/2006 | 23 | *Joint Submission of the Parties under Local Rule 116.5(A)* by USA as to Darryl Young (Sullivan, Suzanne) Modified on 4/18/2006 (Jones, Sherry). (Entered: 04/17/2006) |
| 04/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Darryl Young held on 4/19/2006. Case called, Counsel (Sullivan-by telephone, Reardon) appear, Counsel request additional time, Oral Motion to Exclude Time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:13 p.) (Roland, Lisa) (Entered: 04/27/2006) |
| 04/19/2006 | | Oral MOTION for Excludable Delay as to Darryl Youngby USA. (Roland, Lisa) (Entered: 04/27/2006) |
| 04/24/2006 | 24 | Judge Timothy S. Hillman : STATUS REPORT as to Darryl Young; Status Conference set for 5/31/2006 02:15 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 04/27/2006) |
| 04/24/2006 | 25 | Judge Timothy S. Hillman : ORDER of Exludable Time as to Darryl Young (1). Time excluded from April 19, 2006 through May 31, 2006, cc/cl. (Roland, Lisa) (Entered: 04/27/2006) |
| 05/25/2006 | 26 | SEALED MOTION as to Darryl Young. (Roland, Lisa) (Entered: 05/25/2006) |
| 05/26/2006 | 27 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Darryl Young *final status conference report* (Sullivan, Suzanne) (Entered: 05/26/2006) |
| 05/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Darryl Young held on 5/31/2006. Case called, Counsel (Foley, Reardon) appear by telephone, Counsel request |

| | | |
|---|---|---|
| | | additional time, Oral Motion to Exclude Time, Status Report and Order on Excludable Time to issue. (Digital Recording 2:23 p.) (Roland, Lisa) (Entered: 05/31/2006) |
| 05/31/2006 | | Oral MOTION for Excludable Delay as to Darryl Youngby USA. (Roland, Lisa) (Entered: 05/31/2006) |
| 06/02/2006 | 28 | Judge Timothy S. Hillman : STATUS REPORT as to Darryl Young; Status Conference set for 8/14/2006 02:00 PM IN BOSTON, Courtroom 16 before Magistrate Judge Timothy S. Hillman. cc/cl. (Roland, Lisa) (Entered: 06/07/2006) |
| 06/02/2006 | 29 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Darryl Young (1). Time excluded from May 31, 2006 through August 14, 2006. cc/cl. (Roland, Lisa) (Entered: 06/07/2006) |
| 06/08/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 26 Sealed Motion as to Darryl Young (1). (Castles, Martin) (Entered: 06/08/2006) |
| 06/08/2006 | | Attorney update in case as to Darryl Young. Attorney John M. Hodgens, Jr terminated. (Castles, Martin) (Entered: 06/08/2006) |
| 08/14/2006 | 30 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Darryl Young *Final Status Conference Report* (Sullivan, Suzanne) (Entered: 08/14/2006) |
| 08/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Darryl Young held on 8/14/2006. Case called, Counsel (Sullivan, Reardon-by telephone) appear, Counsel request that case be sent back to District Judge, Final Status Report to issue. (Digital Recording 2:16 p.) (Roland, Lisa) (Entered: 08/14/2006) |
| 08/15/2006 | 31 | Judge Timothy S. Hillman : Final STATUS REPORT as to Darryl Young. cc/cl. (Roland, Lisa) (Entered: 08/24/2006) |
| 08/24/2006 | | Case as to Darryl Young no longer referred to Magistrate Judge Timothy S. Hillman. (Roland, Lisa) (Entered: 08/24/2006) |
| 08/24/2006 | | ELECTRONIC NOTICE OF HEARING as to Darryl Young: Pretrial Conference set for 9/14/2006 at 3:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 08/24/2006) |
| 09/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Pretrial Conference as to Darryl Young held on 9/14/2006, Case called, Counsel appear for pretrial conference, Parties request more to time to try to resolve case for the reasons stated on the record, Court grants request and sets a further status conference; Status Conference set for Tuesday 10/17/2006 at 2:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. Parties agree to exclude time between 9/13/06 and 10/17/06 in the interest of justice under the Speedy Trial Act, Order to issue.(Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 09/14/2006) |

| | | |
|---|---|---|
| 09/15/2006 | 32 | Judge F. Dennis Saylor IV: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Darryl Young Time excluded from 9/14/06 until 10/17/06. (Castles, Martin) (Entered: 09/15/2006) |
| 10/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Status Conference as to Darryl Young held on 10/17/2006, Case called, Counsel appear for status conference, Parties inform court of current status of case re: plea or trial, Court sets case for trial and sets a final pretrial conference and further status conference: Jury Trial set for Monday 12/18/2006 at 9:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. Pretrial Conference set for Wednesday 12/13/2006 at 3:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. Status Conference set for Thursday 11/16/2006 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. Court orders the time between 10/17/06 and 11/16/06 be excluded under the speedy trial act.(Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 10/17/2006) |
| 10/17/2006 | 33 | Judge F. Dennis Saylor IV: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Darryl Young Time excluded from 10/17/06 until 11/16/06. (Castles, Martin) (Entered: 10/17/2006) |
| 11/03/2006 | 34 | Second MOTION for Authorization of Services or Funds as to Darryl Young. (Reardon, James) Additional attachment(s) added on 11/8/2006 (Jones, Sherry). (Entered: 11/03/2006) |
| 11/03/2006 | 35 | Joint MOTION to Continue *trial date* to 03/07 to trial as to Darryl Youngby USA. (Sullivan, Suzanne) (Entered: 11/03/2006) |
| 11/07/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 34 Motion for Authorization of Services or Funds as to Darryl Young (1). (Castles, Martin) (Entered: 11/07/2006) |
| 11/07/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 35 Motion to Continue trial as to Darryl Young (1).The new trial date will be set at the Status conference which will be rescheduled to Monday 11/20/2006 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 11/07/2006) |
| 11/15/2006 | | Terminate Deadlines and Hearings as to Darryl Young: Jury trial set for 12/18/06 and final pretrial conference set for 12/13/06 are hereby cancelled. (Castles, Martin) (Entered: 11/15/2006) |
| 11/20/2006 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Status Conference as to Darryl Young held on 11/20/2006, Case called, Counsel appear for status conference, Court sets case for trial and sets further hearings as well as pretrial filing dates: Jury Trial set for 3/26/2007 at 9:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. Pretrial Conference set for 3/21/2007 at 2:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. Status Conference set for 1/18/2007 at 2:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. In limine motions due by 3/14/07, Responses due by 3/19/07, Proposed voir dire questions, |

| | | |
|---|---|---|
| | | Proposed jury instructions, Proposed exhibit/witness lists, Proposed verdict form and any trial briefs all due by 3/14/07, Court orders time excluded under the speedy trial act between 11/20/06 and 1/18/07.(Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 11/20/2006) |
| 11/22/2006 | 36 | Judge F. Dennis Saylor IV: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Darryl Young Time excluded from 11/20/06 until 1/18/07. (Castles, Martin) (Entered: 11/22/2006) |
| 01/18/2007 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Status Conference as to Darryl Young held on 1/18/2007, Case called, Counsel appear for status conference, Parties inform court that case is still ready for trial and trial date of 3/26/07 is still expected, Trial expected to last 1 week, Pretrial filing dates remain as ordered on 11/20/06, Court orders time excluded between 1/18/07 and 3/21/07 under the speedy trial act. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 01/18/2007) |
| 01/18/2007 | 37 | Judge F. Dennis Saylor IV: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Darryl Young Time excluded from 1/18/07 until 3/21/07. (Castles, Martin) (Entered: 01/18/2007) |
| 02/26/2007 | 38 | Writ of Habeas Corpus ad Prosequendum Issued as to Darryl Young for 3/9/07 (Castles, Martin) Additional attachment(s) added on 2/26/2007 (Castles, Martin). (Entered: 02/26/2007) |
| 03/20/2007 | | Reset Hearing as to Darryl Young: Pretrial Conference reset for Friday 3/23/2007 at 11:30AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 03/20/2007) |
| 03/21/2007 | 39 | WITNESS LIST by USA as to Darryl Young (Sullivan, Suzanne) Modified on 3/22/2007 (Jones, Sherry). (Entered: 03/21/2007) |
| 03/21/2007 | 40 | Proposed Voir Dire by USA as to Darryl Young (Sullivan, Suzanne) (Entered: 03/21/2007) |
| 03/23/2007 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Pretrial Conference as to Darryl Young held on 3/23/2007, Case called, Counsel appear for final pretrial conference, Dft requests case be set for Rule 11 Hearing, Court grants request and sets case for Change of Plea hearing: Change of Plea Hearing set for Tuesday 3/27/2007 at 2:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 03/23/2007) |
| 03/23/2007 | | Terminate Deadlines and Hearings as to Darryl Young: (Castles, Martin) (Entered: 03/23/2007) |
| 03/27/2007 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Change of Plea Hearing as to Darryl Young held on 3/27/2007, Case called, Counsel and dft appear for Rule 11 Hearing, Dft changes plea of not-guilty and enters a plea of GUILTY to count 1, Plea entered by Darryl Young (1), Guilty Count 1. Sentencing set for Thursday 6/21/2007 |

| | | |
|---|---|---|
| | | at 2:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. Procedural order re: sentencing to issue, Dft remanded to the custody of the U.S. Marshal.(Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 03/27/2007) |
| 03/27/2007 | 41 | Judge F. Dennis Saylor IV: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Darryl Young Sentencing set for 6/21/2007 at 2:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 03/27/2007) |
| 03/30/2007 | 42 | SEALED MOTION as to Darryl Young. (Jones, Sherry) (Entered: 03/30/2007) |
| 03/30/2007 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 42 Sealed Motion as to Darryl Young (1). (Castles, Martin) (Entered: 03/30/2007) |
| 06/15/2007 | 43 | SENTENCING MEMORANDUM by Darryl Young (Reardon, James) (Entered: 06/15/2007) |
| 06/21/2007 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Sentencing held on 6/21/2007 for Darryl Young (1), Count(s) 1, Case called, Counsel and dft appear for sentencing, The Court sentences the defendant as follows: The defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 151 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years. It is further ordered that the defendant pay to the United States a special assessment of $100.00 and restitution in the amount of $50,969.00. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter M. Kusa-Ryll.)(Castles, Martin) (Entered: 06/21/2007) |
| 07/01/2007 | 44 | NOTICE OF APPEAL by Darryl Young NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/23/2007. (Reardon, James) (Entered: 07/01/2007) |