UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cr40027

United States of America

v.

Darryl Young

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-10 and 12-44

and contained in Volume(s) 1 are copies of the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/1/07. They may be discarded after use.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/9/07.

Sarah A Thornton, Clerk of Court

By:   /s/ Kathy Hassett
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/12/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2056

RECEIVED JUL 11 2007 U.S. Court of Appeals

RETURN TO: US DISTRICT COURT
           595 MAIN STREET, SUITE 502
           WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06