## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number 07-2056
USDC Docket Number 05cr40027

United States of America

V

Darryl Young

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:   47

is a copy and  may be destroyed when the appeal is completed.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/20/07.

Sarah A. Thornton, Clerk of Court

By:    /s/ Kathy Hassett
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

ClerksCertificate-supplemental.wpd - 3/06

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number 07-2056
USDC Docket Number 05cr40027

United States of America

V

Darryl Young

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:   47

is a copy and  may be destroyed when the appeal is completed.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/20/07.

Sarah A. Thornton, Clerk of Court

By:     /s/ Kathy Hassett
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

ClerksCertificate-supplemental.wpd - 3/06